

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2018

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Onyekachi Emmanuel Opara*, S11 16 Cr. 575 (PAC)

Dear Judge Crotty:

    The parties are continuing to negotiate a pretrial resolution in the above-captioned case but have not yet reached an agreement. As a result, the parties respectfully request that the March 28, 2018 deadline for the production of Rule 16 discovery be extended to April 27, 2018 and that the pretrial conference currently scheduled for April 11, 2018 be adjourned until May 11, 2018.

    The Government also respectfully requests that time be excluded under the Speedy Trial Act from April 11, 2018 until the date of the next conference, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). During this time, the Government expects that the parties will complete their negotiations. Therefore, the Government submits that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. Counsel for the defendant consents to this exclusion of time.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:  /s/
    Andrew K. Chan
    Daniel M. Loss
    Assistant United States Attorneys
    (212) 637-1072/ 6527

**SO ORDERED:**

_____
**THE HONORABLE PAUL A. CROTTY**
**UNITED STATES DISTRICT JUDGE**

cc: Richard Palma (by email)